UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,            :
:           08 CR. 299 (GEL)
- v -                        :
:                **ORDER**
MAHER MOFTAH and MAGTOUF KLITI,      :
a/k/a "Omar"                         :
:
:
            Defendants.      :
------------------------------------------------------------x

GERARD E. LYNCH, <u>District Judge</u>:

  The Court has received a letter from the government requesting, with both defendants' consent, exclusion of time under the Speedy Trial Act, from April 7, 2008, through April 17, 2008, the date of defendants' arraignment and initial pre-trial conference. As this exclusion is sought to allow Moftah time to travel to the Southern District from New Mexico, where he lives, the Court finds that the reasons for the exclusion are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from April 7, 2008, until April 17, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
   April 7, 2008

               _____
                GERARD E. LYNCH
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08