AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

United States of America

v.

Maher Moftah, and
Magtouf Kliti,
 a/k/a "Omar"

**APPEARANCE**

Case Number: 08 Cr. 299

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Magtouf Kliti
a/k/a "Omar"

I certify that I am admitted to practice in this court.

7/24/08
Date

_[signature]_
Signature

Sarah Baumgartel                              SB0019
Print Name                                    Bar Number

Federal Defenders, 52 Duane St., 10th Fl.
Address

New York          NY              10007
City              State           Zip Code

(212) 417-8772          (212) 571-0392
Phone Number           Fax Number